IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | **Case No. 1:24-cv-07059-MFK-JTG** <br><br><br> **Honorable Judge Matthew F. Kennelly** <br> **Magistrate Jeffrey T. Gilbert** |

## STATUS REPORT IN COMPLIANCE WITH DOCKET NO. 23

Pursuant to the September 11, 2024, Court Order [Dkt. No. 23], Plaintiff Hong Kong Leyuzhen Technology Co. Ltd. ("Plaintiff"), hereby submits the following status report with an update on the remaining Defendants:

Since this Court granted Plaintiff's Motion for Preliminary Injunction at the hearing on September 11, 2024 [Dkt. No 23], Plaintiff has reached settlements with 49 Defendants listed on Schedule "A," ("Defendants") and has since filed dismissals [Dkt No. 25-28] to inform the Court of these resolutions. One hundred fifty (150) Schedule A Defendants currently remain. None of the remaining Defendants have answered the Complaint, due on September 16, 2024, and no formal appearances have been filed.

Plaintiff is currently engaged with some of the remaining Defendants in resolution and/or settlement negotiations and anticipates serving expedited Discovery per the Preliminary Injunction to obtain sales information, and information about the Defendants. Once Discovery is served, and the time for Defendants to respond has passed, Plaintiff intends to file its motions

for entry of default as to the non-appearing Defendants and motion for default judgment. Below is a chart of each Defendant's status as of this date:

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 1 | 2022summerhotshop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 2 | 47356_y3xym | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 4 | adafaa | In contact with each other and engaged in settlement/resolution discussions. |
| 5 | ainnee35 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 6 | Allen s-stone | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 8 | amylamhappy | In contact with each other and engaged in settlement/resolution discussions. |
| 9 | applaudmissView profile | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 10 | arearoman | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 11 | asoeny2021 | In contact with each other and engaged in settlement/resolution discussions. |
| 12 | avmaowang | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 13 | bainjiidv901 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 14 | BalDong | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 15 | be66587 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 19 | beststoreUS | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 20 | bluehigh99 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 21 | buyin_8399 | Defendant ceased responding on 10/18/24, preparing to serve Discovery upon Defendant |
| 22 | Cat Best Deals, aka cat.deals | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 23 | ch_931147 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 24 | chang5616 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 26 | chivde7 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 27 | chunyistore | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 28 | clarity-k | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 30 | colsew | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 32 | cookiekea5ck | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 33 | cycling jersey pro | Defendant ceased responding on 9/20/24, preparing to serve Discovery upon Defendant |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 34 | dasnew | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 35 | DD.DIY.BEADS. | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 37 | di55ny90 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 39 | diereb-yn | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 40 | eng-3983 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 41 | enshishiwengtingsh_0 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 42 | epaview29rk | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 43 | ephraim000 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 44 | evera841 | In contact with each other and engaged in settlement/resolution discussions. |
| 48 | falishzg | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 49 | Fas20xx | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 50 | Fashion Fashion Shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 52 | fefeaas2 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
|  |  | Discovery responses deadline. |
| 53 | fineesta | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 54 | first888 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 56 | Focus Fashion | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 58 | Fqz7zonkx | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 59 | fzmwgwl | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 60 | Generalfox Official | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 62 | gostangmotor23 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 63 | hanyanye shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 64 | happy-buy-forever | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 66 | hello20200928 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 67 | hihappy626 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 71 | huanliu369 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 72 | huaqiasheng | Preparing to serve expedited Discovery on Defendant. Defendant has |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
|  |  | neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 73 | huashixin | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 74 | if-you-need-DIY | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 76 | if-you-need-watch | Defendant ceased responding on 9/19/24, preparing to serve Discovery upon Defendant |
| 77 | Ireczoukx | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 78 | James-and-Smith | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 79 | jewelery_home888 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 80 | jianbiaostore | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 81 | jie58-51 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 83 | jookyounger8jy | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 84 | junesock3jsView profile | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 85 | junhu-1910 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 87 | kevinlee468 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 88 | kunhuiii | Preparing to serve expedited Discovery on Defendant. Defendant has |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
|  |  | neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 91 | Lanm Tool | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 92 | lb2020lbnb shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 93 | liancxdydzi | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 94 | lichedyn | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 95 | lilia_3329 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 97 | liming_438 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 98 | limoy95 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 99 | Linda-and-Betty | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 100 | lintao | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 101 | llk212 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 102 | llly_7419 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 104 | lsyanan-wu | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 105 | luck-time | Defendant ceased responding on 9/19/24, preparing to serve Discovery upon Defendant |
| 106 | luckygirl688 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 107 | lvllan1989 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 108 | mei22ye | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 109 | millionreasons11 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 110 | mingsun123 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 112 | Misseven7 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 113 | msmsmsd | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 114 | mulan56 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 115 | mwangg3k | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 116 | naaapaaa | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 117 | nijiiank | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 120 | ouxiang12127 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 121 | Paieasy Official | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 122 | pangp0 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 123 | pass3zxc | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 125 | perfect-store188 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 126 | Pinpingp | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 127 | poiumn | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 128 | primaryhawker | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 129 | qqmny88 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 130 | Quadruple | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 131 | questeasy | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 132 | ranran456 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 133 | rhantop3 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 134 | rhonnew | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| | | Discovery responses deadline. |
| 135 | s8665s shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 136 | salessgoods | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 137 | samue-4995 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 138 | Sdssd | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 139 | seera848 | In contact with each other and engaged in settlement/resolution discussions. |
| 141 | sevencolorslife | Defendant ceased responding on 9/19/24, preparing to serve Discovery upon Defendant |
| 143 | shijie2023 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 144 | shoes_workshop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 145 | Sofirt | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 146 | Summer2020 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 147 | summer432 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 151 | Tapestry-store | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 152 | thel5045 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 153 | thenewmall202 | In contact with each other and engaged in settlement/resolution discussions. |
| 155 | tongg_12 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 156 | Ttkx renren502 | In contact with each other awaiting Defendant's response from 10/28/2024 correspondence. |
| 157 | ttyttes shop | Defendant ceased responding on 9/19/24, preparing to serve Discovery upon Defendant |
| 158 | U_Honor | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 160 | vk55825 shop | Defendant ceased responding on 10/18/24, preparing to serve Discovery upon Defendant |
| 162 | wape520 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 163 | waxxced | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 164 | welcome_to_order shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 165 | wellrichbetter | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 167 | wernette123 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 168 | weyiqi | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 172 | wilso8276 | In contact with each other and engaged in settlement/resolution discussions. |
| 173 | Wujiwsw | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| 174 | wuying130 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 176 | xgy890 | In contact with each other and engaged in settlement/resolution discussions. |
| 177 | xiao1xiao1 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 178 | xiaoxiaobai288 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 179 | xiaozhi2020 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 180 | xlz895 | https://www.ebay.com/sch/i.html?_ssn=xlz895&store_name= Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 181 | xmluos2021 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 182 | xmslssqxt99 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 183 | xuyan5 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 184 | xxdxx2 shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 185 | yakq-34 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 186 | yan89d | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 188 | ylongli | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after |

| No. | Seller's Name | Status of Remaining Defendants |
|---|---|---|
| | | Discovery responses deadline. |
| 189 | yujie1209 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 190 | yuying78 | In contact with each other and engaged in settlement/resolution discussions. |
| 191 | yyy5640 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 193 | Zhaohuanstore | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 195 | zhongbiaoltd shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 196 | zhongbiaomaoyi.ltd shop | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 198 | zjz145 | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |
| 199 | znustore | Preparing to serve expedited Discovery on Defendant. Defendant has neither answered nor appeared, will seek Clerk's Default after Discovery responses deadline. |

DATED: November 7, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Shawn A. Mangano
　　　　　　　　　　　　　　　　　　Shawn A. Mangano (Bar No. 6299408)
　　　　　　　　　　　　　　　　　　**BAYRAMOGLU LAW OFFICES LLC**
　　　　　　　　　　　　　　　　　　1540 West Warm Springs Road Ste. 100
　　　　　　　　　　　　　　　　　　Henderson, NV 89014
　　　　　　　　　　　　　　　　　　Tel: (702) 462-5973  Fax: (702) 553-3404
　　　　　　　　　　　　　　　　　　shawnmangano@bayramoglu-legal.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973  Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*