# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Hong Kong Leyuzhen Technology Co. Limited

                Plaintiff,

v.

Case No.: 1:24−cv−07059

Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed plaintiff's status report. The telephonic status hearing set for 11/14/2024 is vacated and reset to 1/22/2025 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The deadline for filing any and all motions for default judgment is 1/15/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.